UNITED STATES of America, Plaintiff–Appellee

v.

Patrick Brewer REGAN also known as Patrick Regan, Defendant–Appellant.

No. 13–20406
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2014.

Amy Howell Alaniz, Assistant U.S. Attorney, U.S. Attorney's Office, McAllen, TX, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Patrick Brewer Regan, Lompoc, CA, pro se.

Before CLEMENT, HAYNES, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Patrick Brewer Regan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Regan has filed a

---

\* District Judge of the Eastern District of Louisiana, sitting by designation.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

response. The record is not sufficiently developed to allow us to make a fair evaluation of Regan's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739. F.3d 829, 841 (5th Cir.2014), *petition for cert. filed* (June 4, 2014) (No. 13–10484).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Regan's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Regan's motions to stay and for appointment of counsel are DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir.1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.